UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
MARINA RISS                                                         CASE NO.: 12-32061
    Debtors.                                                        CHAPTER 13
_____/


**DEBTOR'S MOTION TO VALUE COLLATERAL OF CHASE IN CHAPTER 13 PLAN**

*IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL*

**This Motion seeks to value collateral described below securing the claims of the creditors listed below.**
_____

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2).]**

**IF YOU HAVE NOT FILED A PROOF OF CLAIM, YOU HAVE UNTIL THE LATER OF THE CLAIMS BAR DATE OF 20 CALENDER DAYS FROM THE DATE THIS MOTION WAS SERVED ON YOU TO FILE A PROOF OF CLAIM OR YOU WILL BE DEEMED TO HAVE WAIVED THE RIGHT TO PAYMENT OR ANY UNSECURED CLAIM TO WHICH YOU MIGHT OTHERWISE BE ENTITLED. [SEE LOCAL RULE 3015-3(A)(4).]**

      The Debtor, MARINA RISS, by and through his undersigned attorney and pursuant to 11 U.S.C. 506(a), Bankruptcy Rule 3012, Local Rule 3015-3, seeks to value collateral securing the claim of the creditor listed below by indicating in the Chapter 13 plan the description and value of collateral and states:

1. The Debtor owns property located at 5861 W 3rd Ave., Hialeah, FL 33012, and is legally described as:

   **LOT 3, BLOCK 26, OF THIRD ADDITION TO PALM SPRINGS SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 53, PAGE 86, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

   and is valued at $130,000.00, pursuant the Debtor's contention.

2. JPMorgan Chase Bank holds the first mortgage on the property, recorded in OR Book 25941 at Page 3917-3933, recorded in the Official Records Book of Miami-Dade County County, Florida, in the amount of $325,000.00, dated September 21, 2007.

3. The actual value of the investment property is $130,000.00.  The Debtor intends to pay the value of the property through her Chapter 13 Plan with an interest rate equal to prime plus 2 (5.25% interest), to be paid over the life of the Plan.

**WHEREFORE**, the Debtor requests that this Honorable Court enter an Order valuing the Debtor's investment property at $130,000.00 at 5.25% interest, respectively over 60 months. The Debtor further states that:

1. Upon filing of this Motion, Debtor's counsel reviewed the docket and claims register and states that:

    **X** No claims have been filed with respect to the debt that the collateral listed above secures; or

    _ The following claim has been filed with respect to the debt that the collateral listed above secures.

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the Debtor, the Debtor's attorney, and the Trustee, Nancy Herkert, at or before the hearing scheduled in this matter, the value of the collateral may be established as the amount stated in the plan and in this Motion without further notice, hearing or Order of the Court.  Pursuant to Local Rule 3015-3(A)(3), timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and Notice of hearing must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 20 days prior to the

hearing date and that a certificate of service must be filed when the Motion and Notice of hearing are served.

IT IS HEREBY CERTIFIED that a copy of the foregoing DEBTOR'S MOTION TO VALUE COLLATERAL OF CHASE IN CHAPTER 13 PLAN was delivered by Certified U.S. Mail to JPMorgan Chase, 1111 Polaris Parkway, Columbus, OH 43240 this May 9, 2013.

    Respectfully submitted,

    By:/s/ Alexander Socia
        Alexander Socia, Esq.
        Attorney for Debtor
        Florida Bar No. 48808
        3650 N. Federal Hwy
        Suite 217
        Lighthouse Point, FL 33064
        Tel. (954) 366-5256
        Fax (954) 366-5257
        alex@alexsocia.com