UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-32061-AJC
CHAPTER 13 CASE

IN RE:

Marina Riss

Debtor,

_____/

**NOTICE OF APPEARANCE**
*Subject Property: 5861 W 3RD AVE HIALEAH, FL, 33012*

PLEASE TAKE NOTICE that the undersigned hereby enters his/her appearance as attorney for JPMORGAN CHASE BANK, N.A., a secured lien holder, creditor of the above style debtors.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this 31 day of July, 2013.

Choice Legal Group, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
Scott.Weiss@clegalgroup.com
By: _____
Scott Weiss, Esq.
Bar Number: 710910

13-07036

Mailing List for Case No.: 12-32061-AJC

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

MARINA RISS
1655 OVERSEAS HWY, #18
MARATHON, FL 33050

ALEXANDER C SOCIA, ESQ.
3650 N FEDERAL HWY #217
LIGHTHOUSE POINT FL 33064

13-07036