**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:                                              Case No.: 12-32061-AJC

MARINA RISS                                    Chapter 13

      Debtor.

_____/

**MOTION TO APPROVE LUMP SUM PAYMENT**

      COMES NOW, MARINA RISS, Debtor, by and through her undersigned counsel, and files this Motion to Approve Lump Sum Payment and in support thereof states as follows;

1. Debtor filed for bankruptcy relief on September 14, 2012.

2. There are two properties involved in this case: 5861 W 3rd Ave, Hialeah, FL 33012 ("Property 1") with an agreed value of $188,500.00 and 2632 W 60th St, #100, Hialeah, FL 33016 ("Property 2") with a value of $34,104.00. JPMorgan Chase is the creditor on each property.

3. Upon commencement the Debtor believed Property 1 to be worth $130,000.00. The value was based on the Miami-Dade County Appraiser's Office.

4. After reviewing an appraisal from the secured creditor, JP Morgan Chase, the parties agreed to a value of $188,500.00.

5. On February 19, 2014, the Court entered an AGREED ORDER GRANTING DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY JPMORGAN CHASE BANK, N.A. (DE 90).

6. Debtor has made on time payments for the last 32 months based on the value of $130,000.00. Increasing her payments to cover the $58,500.00 difference between the $188,500.00 and $130,000.00 values, would be difficult if not impossible for the Debtor.

7.  As of the date of filing this motion, the Debtor has paid $105,196.23 into her Chapter 13 plan and would like the opportunity to continue to do so. The funds are vested.

8.  Per the terms of the Agreed Order DE 90, the Debtor was required to pay escrow arrearages in the amount of $22,417.35 over the course of the bankruptcy along with the monthly escrows in the amount of $931.75.

9.  Subsequent to the Agreed Order DE 90, a 5th Amended Plan DE 76, was confirmed *sua sponte* by this Court on March 4, 2014 DE 93, with the value of Property 1 at $130,000.00 and no treatment of the monthly escrows or the escrow arrears.

10. There were no objections from the creditor regarding the 5th Amended Plan DE 76.

11. Debtor continued to make timely payments based on the 5th Amended Plan DE 76.

12. Through no fault of the Debtor, the funds were substantially applied to Property 1. Only $1,093.07 of the funds were applied to Property 2, because JP Morgan Chase, the creditor for the second property, had refused payments from the Trustee.  The file for Property 2 was transferred by Chase to Select Portfolio Servicing at some point after the Motion to Value was ruled on by this Court and Order was entered as DE 90. No notice was received by the undersigned regarding the transfer to Select Portfolio Servicing.

13. To ensure an equitable arrangement and protection for the creditors, JP Morgan Chase, the Debtor is requesting that she be allowed to continue to make her current payments of $3,391.09 based on the $130,000.00 value and increase her payments by $2,797.23 to cover the escrow arrearages and cover the monthly escrow arrearages for a total monthly payment of $6,146.64.

14. The value of Property 1 at $188,500.00 compared to the amount she will owe in month sixty would be at a loan value ratio of approximately 13% giving her ample room to obtain various types of financing in order to be able to make the lump sum payment.

15. Property 2 will be paid off in the remainder of the plan.

16. The Creditors will not be prejudiced because Debtor's proposal has sufficient adequate protection and that paragraph 12 does not take into account the likeliness of increase in property value over the course of five years rendering an even lower loan to value than the one mentioned above.

17. Debtor will file a modified Chapter 13 plan that details the manner of the proposals and lump sum payment contained within this instant motion.

WHEREFORE, Debtor requests that the Court enter an Order allowing the lump sum payment and any other relief it deems appropriate.

I certify that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was served this 14th day of May 2015 to all parties of interest by NEF and by US Mail.

By:/s/ Alexander Socia
Alexander Socia
3650 N Federal Hwy, Suite 217
Lighthouse Point, FL 33064
Tele: 954-366-5256
Fax: 954-366-5257
Email: alex@alexsocia.com
FBN: 48808