**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ __5th__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Marina Riss          JOINT DEBTOR: _____          CASE NO.: 12-32061
Last Four Digits of SS# 4393          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.   $ 3,359.08  for months    1  to   44  ; Paid in prior plan
- B.   $18,253.00  for months   45  to   45  ;
- C.   $ 7,233.45  for mobths   46  to   59  ;
- D.   $ 94,492.59 for months   60  to   60  ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,500.00 + $1,500.00 (2 MTV)    TOTAL PAID $  1,500.00
                   Balance Due $ 3,500.00  payable  $ 79.54 /month (Months   1-44  );Paid in prior plan

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. JPMorgan Chase Bank                  Escrow Arrearages: $22,417.50
   c/o Law Offices of Marshall Watson   Arrearage payment: $150.78/month (Months 1-44)($6,634.60)Paid in prior plan
   1800 NW 49th Street, #120            Arrearage payment: $986.44/month (Months 45-60)
   Fort Lauderdale, FL 33309            Regular payment: $627.31/month (Months 1-44)($27,601.24)Paid in prior plan
   Acc#xxxx6524                         Regular payment: $1,768.95/month (Months 45-60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| JPMorgan Chase Bank<br>c/o Law Offices of Marshall Watson<br>1800 NW 49th Street, #120<br>Fort Lauderdale, FL 33309<br>Acc#xxxx6524 | Investment Prop. #1<br>5861 W 3rd Ave<br>Hialeah, FL 33012<br>Value:$188,500.00 | 5.25% | $2,383.51<br><br>$2,325.03<br>$75,000.00 | Months   1 – 44<br>*paid in prior plan<br><br>Months 45-59<br>Months 60 | $214,731.60-<br>104,874.29(paid in prior plan) =<br><br>$109,875.31<br><br>*as per DE#104 |
| JPMorgan Chase Bank<br>1 Chase Square<br>New York, NY 14643<br>Acc#xxxx5346 | Investment Prop. #2<br>2632 W 60th St., #100<br>Hialeah, FL 33016<br>Value: $30,000.00 | 5.25% | $29.81<br><br>$11,347.28<br>$1,429.68 | Months 1-44<br>*paid in prior plan<br>Months 45<br>Months 46-60 | $34,104.00 -<br>$1,311.68(paid in prior plan) =<br>$32,792.45 |

Priority Creditors: [as defined in 11 U.S.C. §507]
NONE

<u>Unsecured Creditors</u>:  Pay $ 5858.26      /month  (Months   60   ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

 /s/ Marina Riss
         Debtor


LF-31 (rev. 01/08/10)